# Ortiz & Ortiz, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz
Norma E. Ortiz*
_____

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

February 26, 2015

**VIA ECF**

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:  **Denise Stoll, Chapter 7 Case No. 14-44234**

         **Loss Mitigation Status Report**

Dear Judge Stong:

  This loss mitigation status report is submitted on behalf of Denise Stoll (the "Debtor").

  During the last court hearing, I informed the Court that the Debtor had not been contacted by her servicer, Ocwen Financial Corporation ("Ocwen") to comply with the Loss Mitigation Order entered on December 23, 2014, as Docket No. 17.

  In February 2015, my firm contacted the attorneys who represented the Debtor's mortgagee in state court during the foreclosure action against the Debtor. We were informed that McCabe, Weisberg & Conway, P.C., generally represents Ocwen in bankruptcy court. Afterwards, my firm called McCabe to confirm their representation of Ocwen. We learned that while Ocwen is a client, the firm was not sure they were appearing on their behalf in this case.

  My office served Ocwen with our request for loss mitigation by mail and has provided both the foreclosure firm and McCabe with copies of the loss mitigation order.

  The Debtor continues to wait for Ocwen to comply with the Court's order.

              Very truly yours,

              */s/Martha J. de Jesus*

              Martha J. de Jesus