UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

**DENISE STOLL**

Debtor

Case No.: **14-44234-ess**

Chapter: **13**

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for **U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset Backed Pass-Through Certificates, Series 2005-KS2, a creditor and/or party in interest** (the "Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property in which Creditor holds a mortgage lien.

Dated: March 31, 2015

HOUSER & ALLISON, APC

/s/ Anna Carley Esq.
Anna N. Carley, Esq.
One Gateway Center, Suite 2500
Newark, NJ 07102
Telephone: (862) 902-4684
Facsimile: (862) 902-4683
acarley@houser-law.com